UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
    -against-                     :
                                  :                    **ORDER**
                                  :
Saleem Willacy                    :
       Defendant.                 :
-------------------------------------------------------X

21 Cr. 123 (EK)

IT IS HEREBY ORDERED, pursuant to E.D.N.Y. *Administrative Order, No. 2023-15* ("In re: Disposition of Passports and Travel Documents Surrendered as a Condition of Pretrial Release):

    All travel documents belonging to the defendant, Saleem Willacy, that were surrendered to U.S. Pretrial Services at or about the time of his arrest or currently in the possession of U.S. Pretrial Services shall be transferred to Xavier R. Donaldson, Attorney at Law or Mr. Willacy's wife, Nadia Smith-Willacy.

DATED:   December 18, 2023             /s/ Eric Komitee
         Brooklyn, New York           _____
                                      Honorable Eric Komitee
                                      U.S. District Judge